UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE NO. C-11-784-1 |
| | § | Del Rio Case No. DR08-CR-593 AML |
| RAMIRO MACEDO | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  The court finds that there is a serious risk that the defendant will not appear as required.

The evidence against the defendant meets the probable cause standard.  The findings and conclusions contained in paragraphs one through six of the Pretrial Services Report are adopted, supplemented by the testimony of ICE Agent Stafford.  The defendant is a resident alien facing deportation if convicted.  He regularly visits his ailing mother in Mexico.  More importantly, in 2008 when the defendant learned of the arrest warrant in this case, within minutes he and his family fled the family home in Houston and never returned.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver

the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 6th day of July, 2011.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE